# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RICHARD LAQUERRE**                                                              **PLAINTIFF**
**ADC #168642**

**v.**                  **CASE NO: 5:19CV00263-JM**

**ARKANSAS BOARD OF CORRECTION,** *et al*.                     **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe on August 27, 2019 (ECF No. 7). After carefully considering Mr. Laquerre's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants Arkansas Board of Correction, Wellpath, Reed, Stevie, Griffin, Floss, Dykes, Hurst, Ayers, Chism, Moore, Ford, Beaty, Cooksey, Mena, Kelly, Lawrence, and Does are dismissed without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 20th day of September, 2019.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE