IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICHARD LAQUERRE**                                                              **PLAINTIFF**
**ADC #168642**

**v.**                          **CASE NO: 5:19CV00263-JM**

**ARKANSAS BOARD OF CORRECTION,** *et al*.                       **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 30th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE